```
                    FILED
                  OCT 13 2010
            TERESA L. DEPPNER, CLERK
                U.S. District Court
          Southern District of West Virginia
```

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:10-cr-00168
                18 U.S.C. § 1001

CAROLYN ANN KITCHEN

# I N F O R M A T I O N

The United States Attorney Charges:

On or about February 28, 2008, at or near Chapmanville, Logan County, West Virginia, and within the Southern District of West Virginia, in a matter within the jurisdiction of the executive branch of the Government of the United States, defendant CAROLYN ANN KITCHEN knowingly and willfully made a material false statement, in that defendant CAROLYN ANN KITCHEN falsely denied to agents of the Federal Bureau of Investigation and the Internal Revenue Service that she had received money from an individual known to the United States Attorney.

In violation of Title 18, United States Code, Section 1001.

UNITED STATES OF AMERICA

R. BOOTH GOODWIN II
United States Attorney

By: _____
LARRY R. ELLIS
Assistant United States Attorney

Date Filed: October 13, 2010