## District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 11/17/2010
Case Style: USA vs. Carolyn Ann Kitchen
Type of hearing Plea Hearing
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke
Attorney(s) for the Plaintiff or Government Larry R. Ellis, Hunter P. Smith, Jr.

Case Number 2:10-cr-168

Courtroom Deputy Kelley Miller

Attorney(s) for the Defendant(s) Nicholas S. Preservati

Law Clerk

Probation Officer Ted Philyaw

### Trial Time

### Non-Trial Time

Plea Hearing

### Court Time

10:04 am   to 10:44 am
Total Court Time: 0 Hours 40 Minutes Non-Trial Time/Uncontested Time

### Courtroom Notes

10:00 case set

10:04 - case called - purpose of hearing for defendant to enter plea to one-count information pursuant to plea agreement - defense counsel says that is correct

Defendant sworn - gave personal information

Court read information - defendant understands
Court gave elements - defendant understands

Waiver of indictment received and filed

Original plea agreement to the court - court summarized majority of the agreement and ascertained the defendant's understanding - defendant understands entire agreement

Court explained constitutional rights, maximum penalties, supervised release, additional term, advisory sentencing guidelines, relevant conduct

Guilty plea received and filed

## District Judge Daybook Entry

Defendant gave factual basis

Court finds factual basis, accepts plea and plea agreement and adjudges defendant guilty

Directs PSI - sentencing set for February 23, 2011, at 1:30 pm

Bond - defendant released on $10,000 unsecured bond

10:44 concluded