UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON



UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 2:10-00168

CAROLYN ANN KITCHEN

### GUILTY PLEA

In the presence of Nicholas S. Preservati, my counsel, who has fully explained the charge contained in the information against me and, having received a copy of the information from the United States Attorney before being called upon to plead, I hereby plead GUILTY to the one-count information.

_November 17, 2010_
Date

_Carolyn Ann Kitchen_ (signature)
Carolyn Ann Kitchen

Witness:

_____
Counsel for Defendant