# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 2/23/2011
Case Style: USA vs. Carolyn Ann Kitchen
Type of hearing Sentencing
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke
Attorney(s) for the Plaintiff or Government Larry R. Ellis, Hunter P. Smith, Jr.

Case Number 2:10-cr-168

Courtroom Deputy Kelley Miller

Attorney(s) for the Defendant(s) Nicholas S. Preservati

Law Clerk

Probation Officer Jeff Gwinn

Trial Time

Non-Trial Time

Court Time

1:37 pm    to 2:20 pm
Total Court Time: 0 Hours 43 Minutes Non-Trial Time/Uncontested Time

Courtroom Notes

1:30 case set

1:37 - case called - defendant sworn - defense counsel over PSR with defendant thoroughly and she understands - defendant read PSR, went over with attorney, he explained, understands everything

Objections - abuse of position of trust and restitution - government agrees with defendant's position

Court made findings - restitution is not appropriate - two-level enhancement for abuse of position of trust is appropriate

Report is factually accurate

TOL 6 + I = 0-6 months

Mitigation - defense counsel, government, defendant

Court stated reasons for sentence including 3553(a) factors

Sentence - 5 years probation - $1,000 fine (if able to pay) - no other costs

## District Judge Daybook Entry

14 days to appeal

2:20 concluded